UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN S. GORTON AS TRUSTEE OF THE
JOHN S. GORTON SEPARATE PROPERTY
TRUST, DATED 3/3/1993,

Plaintiff,

v.

ADVANCED CELL TECHNOLOGY, INC.,
AND WILMINGTON TRUST, N.A., AS
SPECIAL ADMINISTRATOR OF THE
ESTATE OF WILLIAM MACKAY
CALDWELL,

      Defendants.

Civil Action No. 11-CV-11515-NMG

### *ASSENTED- TO* MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO MOTION FOR CONSOLIDATION ONE WEEK

Plaintiff John S. Gorton ("Gorton"), with the assent of the moving party, Advanced Cell

Technology, Inc. ("ACT"), hereby requests that this Court enlarge the time to respond to ACT's

Motion To Consolidate Cases (#27) by one week.  Pursuant to Local Rule 7.1(B)(2), the deadline

to respond to Act's Motion is March 30, 2012.  Gorton requests the Court enlarge the time to file

a response to April 6, 2012.

### CONCLUSION

Wherefore, Gorton, with the assent of ACT, hereby requests the Court enlarge the

deadline to respond to ACT's Motion to Consolidate (#27) until April 6, 2012.

### CERTIFICATION UNDER LOCAL RULE 7.1

Pursuant to the local rules, Gorton certifies that he conferred with the parties on this

matter.

Respectfully submitted,

*/s/ Lauren J. Coppola*
Daniel C. Reiser (BBO# 638204 )
Lauren J. Coppola (BBO# 666211)
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788
*LOCAL COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2012.

/s/ Lauren J. Coppola____
Lauren J. Coppola